UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                          Chapter 13

JOHN FERRARO AND                                    Case No. 10-B-11760
ANGELA FERRARO,

                                  Debtors,
------------------------------------------------------x

                     TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| BTA Funding Corp.<br>319 Queen Anne Road<br>Teaneck, New Jersey 07666 | $225.95 |

   Trustee's check to your order in the sum of $225.95 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
          March 19, 2015

                                                          Respectfully submitted,
                                                          /s/ *Jeffrey L. Sapir*
                                                          JEFFREY L. SAPIR
                                                          Standing Chapter 13 Trustee

**CHAPTER 13 TRUSTEE**
Jeffrey L. Sapir
399 Knollwood Rd.  Ph. 914-328-6333
White Plains, N.Y. 10603
CHAPTER 13 DISBURSEMENT ACCOUNT

HUDSON VALLEY BANK
WHITE PLAINS, N.Y. 10606

**428235**
50-930/219

DATE: 03-13-15

PAY  TWO HUNDRED TWENTY FIVE and 95/100                            $ 225.95

VOID AFTER 90 DAYS

TO THE FOLLOWING

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, 6TH FLOOR
NEW YORK, NY 10004-1408

TRUSTEE

⑈428235⑈ ⑆021909300⑆ 0800145⑈601⑈

CHAPTER 13 TRUSTEE • JEFFREY L. SAPIR • 399 KNOLLWOOD RD. • WHITE PLAINS, N.Y. 10603

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 0-10-11760  JOHN & ANGELA FERRARO | | 225.95 | 0.00 | 1094.68 |
| UDGMENT CV-073284-07/BX | UNSECURED | | Claim #017 | |
| Totals: | | 225.95 | 0.00 | |