UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:

                                                Chapter 13

                                                Case No.

                       Debtor(s)
----------------------------------------------------------x

### TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
     NEW YORK:

     Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the
following dividend is unclaimed over 90 days from the date of issuance:

     CLAIMANT NAME & LAST KNOW ADDRESS        AMOUNT OF DIVIDEND

     Trustee check number        to your order in the sum of $       is annexed
representing the total of the aforesaid unclaimed dividend.

Dated:  White Plains, New York

                                            Respectfully submitted,

                                          JEFFREY L. SAPIR
                                          Standing Chapter 13 Trustee
                                          399 Knollwood Road, Suite 102
                                          White Plains, NY 10603
                                          914-328-6333